

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00800-CR

Eric Rosas **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR1415
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios Justice
               Beth Watkins, Justice

Delivered and Filed: January 22, 2020

MOTION TO DISMISS GRANTED; DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is granted, and this appeal

is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH